UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL PERODEAU** | : | **CIVIL ACTION NO.:** |
| Plaintiff, | : | 3:19-cv-1861 |
| | : | |
| v. | : | |
| | : | |
| **U.S. SECURITY ASSOCIATES, INC.** | : | |
| Defendant. | : | **NOVEMBER 20, 2019** |

## NOTICE OF REMOVAL TO FEDERAL COURT
## BASED ON FEDERAL QUESTION JURISDICTION

PLEASE TAKE NOTICE that Defendant U.S. Security Associates, Inc. ("Defendant") removes this action to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446. In support of this Notice of Removal and as grounds for removal, Defendant states as follows:

### BACKGROUND

1. Plaintiff Michael Perodeau ("Plaintiff") originally filed this action on October 31, 2019 in the Superior Court, Judicial District of Hartford, in and for Hartford County, Connecticut naming Defendant as a party to the action.

2. Defendant was served with process with a copy of the summons and complaint on October 21, 2019. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons, Complaint, and all other process, pleadings, and orders served on Defendant are attached as **Exhibit A** to this Notice of Removal.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed and served within thirty (30) days after Defendant's receipt of a copy of the initial pleading setting forth the claims for relief upon which this action is based.

1

**FEDERAL QUESTION JURISDICTION**

4. The action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) in that Plaintiff has alleged violations and causes of action arising under a federal law (i.e., Fair Labor Standards Act, 29 U.S.C. § 215(a)(3) ("FLSA")). (*See* Exhibit A). Any civil case filed in a state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. *See Montefiore Medical Center v. Teamsters Local 272*, 642 F.3d 321, 328 (2d Cir. 2011).

5. Plaintiff's Complaint contains a claim of FLSA retaliation in violation of 29 U.S.C. § 215(a)(3); 29 U.S.C. § 216(b). (*See* Compl. Count Two).

6. While this Court would not have federal question jurisdiction over Count One, as it is a claim brought under Connecticut state law, this Court would have supplemental jurisdiction pursuant to 28 U.S.C. § 1367, as the state law claim is so related to the claim that designates a federal question. These claims form the same case or controversy and, therefore, this Court had supplemental jurisdiction over the remaining count in Plaintiff's Complaint.

7. Because this action is pending in the Superior Court, Judicial District of Hartford in and for Hartford County, Connecticut, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

8. In accordance with 28 U.S.C. § 1446(d), Defendant is providing contemporaneous written notice of this Notice of Removal to all adverse parties and to the Clerk of the Court of the Superior Court, Judicial District of Hartford in and for Hartford County, Connecticut, Case No. HHD-CV19-6119312-S. A copy of the Notice of Filing Notice of Removal is attached as **Exhibit B** to this Notice of Removal.

WHEREFORE, Defendant respectfully requests that removal of Plaintiff's Complaint be effectuated to the United States District Court for the District of Connecticut for further litigation of this matter.

**DEFENDANT**
**U.S. SECURITY ASSOCIATES, INC.**

By: */s/ Pamela J. Moore*
    Pamela J. Moore (ct08671)
    Emily A. Gianquinto (ct27846)
    McCarter & English LLP
    CityPlace I/185 Asylum Street
    Hartford, CT  06103
    Tel: (860) 275-6700
    Fax: (860) 724-3397
    Email: pmoore@mccarter.com
    Email: egianquinto@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served, via first class mail, postage prepaid on November 20, 2019 to the following counsel of record.

James V. Sabatini, Esq.
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111

                          */s/ Pamela J. Moore*
                          Pamela J. Moore (ct08671)