# EXHIBIT A

## SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
### SUPERIOR COURT
*www.jud.ct.gov*



**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

**TO:** Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 95 Washington Street; Hartford, CT 06106 | ( 860 )548-2700 | **November** *Month* | **19** *Day* | **2019** *Year* |

| ☒ Judicial District | ☐ G.A. Number: | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| ☐ Housing Session | | Hartford | Major: **M** | Minor: **90** |

### For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Sabatini and Associates, LLC; One Market Square; Newington, CT 06111 | 052654 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 667-0839 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: **PERODEAU, Michael**<br>Address: **60 Falcon Ridge Road; Rocky Hill, CT 06067** | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name: **U. S. SECURITY ASSOCIATES, INC.; 200 Mansell Court; Suite 500; Roswell, Georgia 30076**<br>Address: **Agent: CT Corporation System; 67 Burnside Avenue; East Hartford, CT 06108-3408** | D-01 |
| **Additional Defendant** | Name:<br>Address: | D-02 |
| **Additional Defendant** | Name:<br>Address: | D-03 |
| **Additional Defendant** | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>**James V. Sabatini, Esquire** | Date signed<br>10-1X-19 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date<br><br>ATTEST<br>Alan E. Zaniewski<br>State Marshal<br>Hartford County |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

RETURN DATE: November 19, 2019

| MICHAEL PERODEAU | : | SUPERIOR COURT |
| VS. | : | HARTFORD JUDICIAL DISTRICT |
| U.S. SECURITY ASSOCIATES, INC. | : | OCTOBER 18, 2019 |

## COMPLAINT

1.      Plaintiff Michael Perodeau was and is a Connecticut citizen residing in the Town of Rocky Hill.

2.      Defendant U.S. Security Associates, Inc. was and is a corporation organized and existing under the laws of the State of Delaware with a principal place of business located at 200 Mansell Court, Suite 500, Roswell, Georgia 30076.

3.      Defendant employed plaintiff.

4.      Defendant hired plaintiff in January 2015.

5.      Plaintiff's job position was security guard.

6.      Plaintiff was qualified for the job.

7.      On or about May 10, 2018, plaintiff emailed c-workers who did not receive their quarterly attendance bonuses.

8.      Employee bonus pay for attendance was ongoing problem in the summer of 2018.

9.      Specifically, defendant was failing to pay the bonuses.

10.     Defendant employs Martin Muzzey.

11.     Muzzey is a managerial employee.

12.     On August 7, 2018, plaintiff emailed Muzzey notifying him that there was an issue with co-worker's workers' compensation claim.

1

13.     Specifically, the issue was that the employee's medical bills were being sent to the employee for payment instead of the workers' compensation carrier.

14.     Plaintiff told defendant that he hoped that his co-worker's medical bills will be paid by workers compensation prior to the co-worker being threatened with collections.

15.     On or about August 24, 2018, plaintiff notified defendant that the security stationed at Connecticut hospitals were not being paid for all the time worked and were being short-changed with their pay.   Plaintiff told defendant that this was and continued to be a major problem.

16.     On or about October 15, 2018, plaintiff emailed defendant and in the email addressed the lack of payment of bonuses, several outstanding State Connecticut Department of Labor complaints and an incident involving Muzzey's use of profane and vulgar language in the workplace.

17.     Muzzey commented that plaintiff was not a team player.

18.     On October 18, 2018, defendant terminated plaintiff's employment.

19.     Plaintiff had a good faith reasonable belief in notifying defendant of payroll practices that violated Connecticut and/or Federal law.

20.     Plaintiff's complaints regarding unpaid wages were legally protected.

21.     Defendant retaliated against plaintiff for making the good faith complaints.

22.     Any and all non-retaliatory excuses to be offered by the defendant would be pretext to mask the unlawful retaliatory motive.

## COUNT ONE
### (Wrongful Termination in Violation of Important Public Policy)

1.     Plaintiff re-alleges and incorporates herein each and every paragraph as though fully set forth herein.

2

23.     Plaintiff made internal notifications to the defendant during the course of his employment regarding the unlawful practice of failing to pay wages.

24.     Plaintiff's notifications involved serious concerns for the legal rights and protections afforded to employees under Connecticut's Wage and Hour Law, C.G.S. §31-58 *et seq.*

25.     Plaintiff's notifications involved negligent, reckless and illegal practices that were likely to cause financial harm to employees.

26.     Defendant's discharge of plaintiff's employment was wrongful in that it was in consequence of plaintiff notifying the company of acts and practices in violation of Connecticut's Wage and Hour Law, C.G.S. §31-58 *et seq.*

27.     As a result of defendant's wrongful discharge, plaintiff sustained harms and losses.

## COUNT TWO
### (FLSA - RETALIATION)

1.     Plaintiff repeats and re-alleges the allegations set forth in Paragraphs 1-27 as though fully set forth herein.

28.     Defendant terminated the plaintiff's employment in retaliation for the plaintiff notifying the defendant that defendant was not paying its employees.

29.     Defendant violated the provisions of Section 15(a)(3) of the FLSA (29 U.S.C. § 215 (a)(3)) by retaliation against plaintiff for exercising rights protected under the Act.

30.     Defendant's retaliation was willful.

31.     As a result of the retaliation, plaintiff is entitled to damages as set forth in the FLSA, more specifically 29 U.S.C. § 215(a)(3); 29 U.S.C. § 216(b).

3

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for appropriate compensatory damages including: damages for back pay, front pay, bonuses, personal days, lost employee benefits, emotional distress, punitive damages, reasonable attorneys' fees, costs, interest, attorneys' fees under C.G.S. Section 31-72, liquidated damages under C.G.S. §31-72, attorneys' fees under the FLSA; liquidated damages under the FLSA; jury trial; and for all other just and proper relief.

Hereof fail not but of this writ with your doings thereon make due service and return according to law.

Dated at Newington, Connecticut this 18th day of October, 2019.

James V. Sabatini, Esq.
SABATINI AND ASSOCIATES, LLC
1 Market Square
Newington, CT 06111
Tel. No.: (860) 667-0839
Fax No.: (860) 667-0867
Email: jsabatini@sabatinilaw.com
Juris No. 052654

Please file our appearance
on behalf of the Plaintiff.

James Sabatini

A True Copy
ATTEST
Alan F. Zaniewski
State Marshal
Hartford County

4

## <u>STATEMENT OF AMOUNT IN DEMAND</u>

The amount in demand is greater than $15,000.00

exclusive of attorneys and costs.